Kirk D. Miller, P.S.
421 W. Riverside Ave., Ste. 704
Spokane, WA 99201
(509) 413-1494 Telephone
(509) 413-1724 Facsimile

Brian Cameron
Cameron Sutherland, PLLC
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
(509) 315-4507 Telephone
(509) 315-4585 Facsimile

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN E. WEIGAND, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW CHEUNG, an individual; and PATENAUDE & FELIX A PROFESSIONAL CORPORATION, a California corporation, <br><br> Defendants. | Case No.: 2:14-CV-278-SAB <br><br> DECLARATION OF BRIAN CAMERON IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES AND COSTS |

Brian G. Cameron under penalty of perjury of the laws of the United States, 28 U.S.C. § 1746, declares the following:

1. I am one of the attorneys representing the Plaintiff in this matter.

///

///

DECLARATION OF BRIAN CAMERON IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES AND COSTS - 1

BRIAN CAMERON
Cameron Sutherland, PLLC
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
TEL. 509.315.4507
FAX 509.315.4585

2. I am a member in good standing admitted to practice by the bars of the following courts:

<u>Washington State Bar</u>
Admitted: June 18, 2012

<u>United States District Court</u>
<u>Eastern District of Washington</u>
Spokane, Washington
Admitted: May 2, 2014

3. I earned a Juris Doctorate degree from Gonzaga University School of Law, Spokane, Washington in 2011.

4. From 2012 to present, I have serves as a principal with the firm Cameron Sutherland, PLLC, in Spokane, Washington.

5. I have actively litigated consumer rights cases since 2009 as a Washington Rule 9 limited practitioner and since 2012 as a fully licensed attorney.

6. I have participated in national, regional, and local conferences; continuing education; and professional seminars in consumer protection, family, and landlord-tenant law.

7. I am the recipient of national and regional collegiate awards in legal research and briefing, trial advocacy, and appellate advocacy from the American College of Trial Lawyers, New York City Bar Association, Gonzaga University School of Law, and others.

DECLARATION OF BRIAN
CAMERON IN SUPPORT OF MOTION
FOR AWARD OF ATTORNEY FEES
AND COSTS - 2

BRIAN CAMERON
Cameron Sutherland, PLLC
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
TEL. 509.315.4507
FAX 509.315.4585

8. The majority of my practice involves representing low-income and moderate means clients against businesses, landlords, and others.

9. Because the majority of my practice involves representing lower-income and moderate means clients, my standard practice is to accept a nominal retainer fee or no retainer fee from my clients. The majority of my fees are earned on a contingency basis under fee-shifting statutory provisions.

10. I received no retainer from the Plaintiff herein for my work in this matter. I have been paid nothing to date for my work in this matter that began over a year ago. Payments for all fees and costs have been advanced by my office or the office of co-counsel. Reimbursement for fees is one hundred percent (100%) contingent on recovering fees for my work from the Defendant, as contemplated by the FDCPA.

11. I have attended many local and national Continuing Legal Education seminars on the topic of consumer rights litigation and debt collection defense, including National Consumer Law Center (NCLC) and National Association of Consumer Advocates (NACA) and other trainings in Seattle, Washington, Spokane, Washington, and Jacksonville, Florida.

DECLARATION OF BRIAN CAMERON IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES AND COSTS - 3

BRIAN CAMERON
Cameron Sutherland, PLLC
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
TEL. 509.315.4507
FAX 509.315.4585

12. Attached hereto as **Exhibit A** is a true and correct statement of the time and costs expended by Cameron Sutherland, PLLC, in this matter. This does not include additional time and costs expended in preparing and presenting the Plaintiff's present Motion.

13. My current hourly rate is two hundred dollars ($200.00) per hour, consistent with the fee agreement with my client.

14. I have investigated and am familiar with the rates charged by attorneys in Spokane, Washington. I believe that two hundred dollars ($200.00) per hour for a principal attorney with my qualifications and experience is well within the market rate for this area.

DATED this 11th day of June, 2015.

*Cameron Sutherland,PLLC*

/s/ Brian Cameron
Brian Cameron, WSBA # 44905
Attorney for the Plaintiff

DECLARATION OF BRIAN
CAMERON IN SUPPORT OF MOTION
FOR AWARD OF ATTORNEY FEES
AND COSTS - 4

BRIAN CAMERON
Cameron Sutherland, PLLC
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
TEL. 509.315.4507
FAX 509.315.4585

## CM/ECF CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Kirk D. Miller | kmiller@millerlawspokane.com |
| Brian Cameron | bcameron@cameronsutherland.com |
| Matthew Z. Crotty | matt@crottyandson.com; |
| | matthew.z.crotty@msn.com |

*Kirk D. Miller P.S.*
/s Kirk D. Miller
  Kirk D. Miller
  WSBA # 40025
  Attorney for the Plaintiff

DECLARATION OF BRIAN CAMERON IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES AND COSTS - 5

BRIAN CAMERON
Cameron Sutherland, PLLC
421 W. Riverside Ave., Ste. 660
Spokane, WA 99201
TEL. 509.315.4507
FAX 509.315.4585