UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN E. WEIGAND,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW CHEUNG, an individual; and PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation,<br><br>    Defendants. | No. 2:14-cv-00278-SAB<br><br>**ORDER DENYING PENDING MOTIONS, AS MOOT** |

On July 21, 2015, a status conference was held for the purpose of discussing the parties' Offer and Acceptance of Judgment. Plaintiff was represented by Kirk Miller and Brian Cameron. Defendant was represented by Matthew Z. Crotty.

From the briefing submitted by the parties, it became apparent to the Court that Plaintiff believed the Offer was from both Defendants and Defendant maintained the Offer was only from Defendant Patenaude & Felix. At the hearing, the Court found there was not a meeting of the minds regarding the Offer of Judgment. Subsequently, Plaintiff filed a Notice Withdrawing Acceptance of Offer of Judgment. ECF No. 40.

Currently pending before the Court are two motions that were based in part on the initial Offer and Acceptance of Judgment between the parties. As a result of Plaintiff's withdrawal of the acceptance of offer of judgment, the pending motions are moot.

**ORDER DENYING PENDING MOTIONS, AS MOOT** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Dismiss, ECF No. 22, is **DENIED**, as moot.
2. Plaintiff's Motion for Award of Attorney Fees and Costs, ECF No. 24, is **DENIED**, as moot.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 29th day of July, 2015.



_____
Stanley A. Bastian
United States District Judge

**ORDER DENYING PENDING MOTIONS, AS MOOT** ~ 2