# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Stephen E Weigand.

*Plaintiff*

v.

Matthew Cheung, an individual; and Patenaude & Felix, a California corporation

*Defendant*

Civil Action No. 2:14-cv-00278-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Second Motion for Award of Attorney Fees and Costs (ECF No. 107) is GRANTED. Judgment in favor of Plaintiff and against Defendants in the amount of $86,325.45.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on Plaintiff's Second motion for Award of Attorney Fees and Costs (ECF No. 107). Judgment in favor of Plaintiff and against Defendants in the amount of $86,325.45.

Date: 9/1/16

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler